In the Matter of the Claim of FILOMENA GRILLO et al., against SHERMAN-STALTER COMPANY et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's Compensation Law — insufficient proof that claimant was widow of deceased — award reversed where claim was not filed within one year of death of employee.*

Grillo v. Sherman-Stalter Co., 195 App. Div. 362, affirmed.

(Argued June 3, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 28, 1921, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. An employee of defendant Sherman-Stalter Company was drowned while in the course of his employment. Awards were made to an alleged widow living in Italy and to six illegitimate children alleged to have been dependent upon him. The Appellate Division reversed the award to the alleged widow upon the ground that there was no sufficient evidence that she was the widow of the deceased and reversed the award to the children upon the ground that no claim for compensation was filed with the commission within one year from the time of the death of the employee.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Neile F. Towner* for respondents.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, J. Absent: POUND, J.